DOUGHERTY and wife, Appellants, vs. WM. H. SHENNERS COMPANY, Respondent.

For the appellants: *Brennan, Lucas & McDonough* of Milwaukee.

For the respondent: *Edgar L. Wood* of Milwaukee.

*By the Court.*—Judgment affirmed.

*November 5, 1929.*

NIGLIS, Respondent, vs, LOTZ-RENNETT LABORATORIES, INC., Appellant.

For the appellant: *Aylward, Davies & Olbrich* of Madison.

For the respondent: *Philip G. Sanborn* of Madison.

*By the Court.*—Order affirmed.

JOHNSON, Appellant, vs. REINWALD, Respondent.

For the appellant: *Brennan, Lucas & McDonough* of Milwaukee.

For the respondent: *Alexander, Burke & Clark* and *Benjamin F. Saltzstein,* all of Milwaukee.

*By the Court.*—Judgment affirmed. Respondent to tax no costs for brief because of failure to comply with the rule.